UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATIONS: 21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With Intent |
| THERESA STEWART | : | to Distribute Cocaine Base and Cocaine) |
| Defendant. | : | |
| | : | **UNDER SEAL** |

**INFORMATION**

The United States Attorney charges that:

**COUNT ONE**

From on or about 2000, to on or about October 2004, within the District of Columbia and elsewhere, THERESA STEWART, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(iii).

(**Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Section 846)

Respectfully submitted,

KENNETH L. WAINSTEIN, Bar NO. 451058
United States Attorney

_____
ARVIND K. LAL, Bar Number 389489
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4237
Washington, DC 20530
(202) 353-8833