CO-526
(12/86)

**FILED**

JUL 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
          vs.              )   Criminal No. 05-251
                           )
     Theresa Stewart       )
                           )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

x _____
        Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge