**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

JUL 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 05-251 |
| v. : | VIOLATIONS: 21 U.S.C. §846 |
| : | (Conspiracy to Distribute and Possess With |
| THERESA STEWART : | Intent to Distribute Cocaine Base) |
| Defendant. : | |
| : | UNDER SEAL |

PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1. From on or about 2000 and continuing up to on or about October 2004, within the District of Columbia, the defendant, THERESA STEWART, knowingly and intentionally conspired and agreed with persons known and unknown to the government, to distribute and possess with intent to distribute a mixture and substance containing more than fifty (50) grams of cocaine base, commonly known as crack cocaine.

2. The principal object of the conspiracy was to make money and illicit profits for its leaders, members and associates from the distribution and the possession with the intent to distribute cocaine base, commonly known as crack cocaine.

3. During the course of the conspiracy, and to effect its object, STEWART did commit, among others, the following overt acts: Beginning in 2000, STEWART regularly purchased wholesale quantities of crack cocaine and then redistributed the crack cocaine she had obtained. STEWART acquired and/or received the crack cocaine from Derrick Clipper, Robert Dortch also known as Uncle, Nelson Warren, also known as Shortman, and Georvan Kave, also known as Moo, among others.

Through her participation in the conspiracy STEWART distributed more than 1.5 kilograms of cocaine base, also known as crack cocaine, to co-conspirators and customers in the District of Columbia.

### Limited Nature of Proffer

4. This proffer of evidence is not intended to constitute a complete statement of all facts known by STEWART but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. STEWART has provided additional information about the conspiracy to the United States, which is not contained herein. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged conspiracy to distribute and possess with intent to distribute a mixture and substance containing more than fifty (50) grams of cocaine base, commonly known as crack cocaine.

Respectfully submitted,

KENNETH L. WAINSTEIN, Bar No. 451058
United States Attorney

ARVIND K. LAL, Bar Number 389489
Assistant United States Attorney
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4237
Washington, DC 20530
(202) 353-8833