# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-251 (TFH)** |
| | : | |
| **v.** | : | |
| | : | |
| **THERESA STEWART** | : | **UNDERSEAL** |
| | : | |
| **Defendant.** | : | |

_____

## ORDER

Upon consideration of the motion to have a presentence report prepared, it is hereby

ORDERED that the United States Probation Office of the District of Columbia is hereby

directed to prepare a presentence investigation report in the above captioned case. Counsel for

the parties are directed to contact the representative of the clerk's office assigned to this Court to

schedule a mutually convenient sentencing date in this matter.

SIGNED this _____ day of April, 2007.


_____
THOMAS F. HOGAN
United States District Judge


Copies to:
Arvind K. Lal
Assistant United States Attorney
555 Fourth Street, N.W, Rm. 4217
Washington, D.C. 20530

Joanne Hepworth, Esquire
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20001

Gennine A. Hagar, Chief
United States Probation Officer