FILED

JUL 27 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | DOCKET NO.: CR-05-251-04 |
| | ) | |
| Teresa Stewart | ) | |

## ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on June 12, 2007.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this __17__ day of _____, 20__,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
**Thomas F. Hogan**
**Chief United States District Judge**

_____
**DATE**