HONORABLE THOMAS F. HOGAN
UNITED STATES CHIEF JUDGE

**FILED**

AUG 3 0 2007

CLERK, U.S. DIS..
DISTRICT O...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Theresa Stewart                Docket No.: 05-251-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Theresa Stewart__ having been sentenced, on July 24, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FPC Alderson__, in __Alderson, WV__ by 2 p.m., on __September 13, 2007__.

Aug. 27, 2007
Date

THOMAS F. HOGAN
UNITED STATES CHIEF JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                DEFENDANT

Revised 6-2004

