UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR 05-251 (TFH) |
| THERESA STEWART | : | |

**UNOPPOSED MOTION TO REDUCE SENTENCE**

Pursuant to 18 U.S.C. § 3582(c)(2), Ms. Theresa Stewart, through undersigned counsel, respectfully moves this Honorable Court to reduce her sentence of 36 months incarceration to a term of time served. In support of this motion, counsel states:

1. On July 24, 2007, the Court sentenced Ms. Stewart to a 36 month term of incarceration on a charge of conspiracy with intent to distribute more than 50 grams of cocaine base. This sentence was based on a finding that the applicable sentencing range under the United States Sentencing Guidelines was 295 to 365 months (criminal history category VI, offense level 35). However, after consideration of the government's motion for a downward departure based upon the substantial assistance Ms. Stewart provided to the government, the Court sentenced her to a term of incarceration 259 months below the bottom of that range.

2. Effective November 1, 2007, the United States Sentencing Commission amended and lowered the base offense levels by two points for offenses involving crack cocaine. U.S.S.G., Supplement to Appendix C, Amendments 706, 711 (Nov. 1, 2007). Section 3582(c)(2) of Title 18 of the United States Code states that the Court is authorized to reduce the term of imprisonment imposed "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing

Commission . . . if such a reduction is consistent with applicable policy statements issued by the Commission." 18 U.S.C. § 3582(c)(2). On December 11, 2007, the Sentencing Commission voted to give retroactive effect to the amendments reducing the crack cocaine sentencing ranges by adding these amendments to the list of amendments in U.S.S.G. § 1B1.10, effective March 3, 2008.

     3. The amendments reduce the sentencing guidelines range applicable to Ms. Stewart to 262 to 327 months, reducing the bottom of the range by 33 months. According to the Bureau of Prisons, Ms. Stewart's current projected release date is April 20, 2010. A sentence of time served would reduce her sentence by approximately 22 months. A proposed order accompanies this motion reflecting the sentence computations in Ms. Stewart's case.

     4. Undersigned counsel has consulted with Assistant United States Attorney John Mannarino, who represented that the government does not oppose this motion.

     5. At the request of the government, the Probation Office and the Bureau of Prisons, the attached proposed order provides that Ms. Stewart may be held for a period of up to ten days after the signing of the order, to enable the Bureau of Prisons to comply with pre-release procedures.

     WHEREFORE, for the foregoing reasons, Ms. Stewart respectfully requests that the Court reduce her sentence from a 36 month term of imprisonment to a term of time served. A proposed order is attached.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500