✎AO 245    Order Regarding Motion for Sentence Reduction
Sheet 1

UNITED STATES DISTRICT COURT

District of     COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| V. | |
| THERESA STEWART | Case Number: CR 05-251 (TFH) |
| | USM Number: 27812-016 |
| Date of Original Judgment: July 24, 2007<br>(Or Date of Last Amended Judgment) | Mary M. Petras<br>Defendant's Attorney |

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    X GRANTED and the defendant's previously imposed sentence of imprisonment of
        36  months on Count One is reduced to <u>time served</u>.

**I. COURT DETERMINATION OF GUIDELINE RANGE**

Previous Offense Level:  35                   Amended Offense Level:  34
    Criminal History Category: VI         Criminal History Category:  VI
Previous Guideline Range:  295 to 365 months     Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
X The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the
    time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

**III. FURTHER EXPLANATION** (e.g., recommendations to the Bureau of Prisons) (if necessary)

    The defendant may be held for a period of up to ten days after the signing of this order, to enable the Bureau of Prisons to comply with pre-release procedures.

    Halfway house placement at the discretion of Probation Office, for a period not to exceed 90 days, if deemed necessary to aid the inmate's community reintegration.

Except as provided above, all provisions of the judgment dated July 24, 2007 shall remain in effect.

**IT IS SO ORDERED.**

_____    _____
        Date                                                 Signature of Judge

                                                                  _____
                                                                  Name and Title of Judge