

FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

AO 245    Order Regarding Motion for Sentence Reduction
Sheet 1

# UNITED STATES DISTRICT COURT
District of    COLUMBIA

**ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

UNITED STATES OF AMERICA

V.

THERESA STEWART

Case Number:    CR 05-251 (TFH)
USM Number:    27812-016

Date of Original Judgment:    July 24, 2007
(Or Date of Last Amended Judgment)

Mary M. Petras
Defendant's Attorney

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ☐ DENIED.
    X GRANTED and the defendant's previously imposed sentence of imprisonment of __36__ months on Count One is reduced to <u>time served</u>.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level: __35__
    Criminal History Category: VI
Previous Guideline Range: __295__ to __365__ months

Amended Offense Level: __34__
    Criminal History Category: VI
Amended Guideline Range: __262__ to __327__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
X The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

    The defendant may be held for a period of up to ten days after the signing of this order, to enable the Bureau of Prisons to comply with pre-release procedures.

    Halfway house placement at the discretion of Probation Office, for a period not to exceed 90 days, if deemed necessary to aid the inmate's community reintegration.

Except as provided above, all provisions of the judgment dated July 24, 2007 shall remain in effect.

IT IS SO ORDERED.

July 14, 2008
    Date

Signature of Judge

Thomas F. Hogan
Name and Title of Judge